CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 MAR 23 PM 4:19

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MICHAEL RAY HARRIS, | § | |
| Petitioner, | § | |
| v. | § | 2:12-CV-033 |
| RICK THALER, Director, Texas Dep't of Criminal Justice, Correctional Institutions Division, | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court an application for a writ of habeas corpus by a person in state custody. On February 27, 2012, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that petitioner's habeas petition be dismissed. On March 9, 2012, petitioner filed objections to the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of the record in this case and has considered the objections made by petitioner to the Report and Recommendation. The objections filed by petitioner are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the petition for a writ of habeas corpus filed by petitioner is DISMISSED.

IT IS SO ORDERED.

ENTERED this _23rd_ day of _March_ 2012.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE